## UNIVERSITY CHEVROLET CO. v. BANK OF MOUNDVILLE.

### 6 Div. 427.

Supreme Court of Alabama, Special Term.

Sept. 28, 1933.

Rehearing Denied Nov. 9, 1933.

H. A. & D. K. Jones, of Tuscaloosa, for petitioner.

R. C. Price, of Tuscaloosa, for respondent.

THOMAS, Justice.

Petition of the Bank of Moundville for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in University Chevrolet Co. v. Bank of Moundville, 25 Ala. App. 506, 150 So. 557.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.